**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1211**

---

CARDSERVICE INTERNATIONAL, INCORPORATED,

Plaintiff - Appellee,

versus

WEBSTER R. MCGEE,

Defendant - Appellant,

and

WRM & ASSOCIATES, d/b/a EMS - Card Service on the Caprock; CHUCH BURTZLOFF, an individual, President of Cardservice International, Incorporated and the person to whom Webster R. McGee has directed written correspondence regarding this matter; NICHOLAS LOGAN, individual, Senior Vice-President for Cardservice International, Incorporated, and the person who signed the verified complaint,

Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. J. Calvitt Clarke, Jr., Senior District Judge. (CA-96-896-2)

---

Submitted: November 6, 1997        Decided: November 18, 1997

---

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Webster R. McGee, Appellant Pro Se. Benjamin Verbin Madison, III,
HUNTON & WILLIAMS, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting a permanent injunction and attorney's fees in a trademark infringement case. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. CardService International v. McGee, No. CA-96-896-2 (E.D. Va. Jan. 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED